ERIN E. SCHNEIDER (Cal. Bar No. 216114)
MONIQUE WINKLER (Cal. Bar No. 213031)
  winklerm@sec.gov
SHEILA O'CALLAGHAN (Cal. Bar No. 131032)
  ocallaghans@sec.gov
BERNARD B. SMYTH (Cal. Bar No. 217741)
  smythb@sec.gov
SALLIE S. KIM (Cal. Bar No. 298658)
  kimsal@sec.gov

Attorneys for Plaintiff
SECURITIES AND EXCHANGE COMMISSION
44 Montgomery Street, Suite 2800
San Francisco, California  94104
Telephone:  (415) 705-2500
Facsimile:   (415) 705-2501

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

### SACRAMENTO DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>KEITH SPRINGER and<br>SPRINGER INVESTMENT MANAGEMENT,<br>INC. DBA SPRINGER FINANCIAL ADVISORS,<br><br>Defendants. | Case No. 2:19-CV-02559-WBS-EFB<br><br>**STIPULATION TO CONTINUE PRETRIAL AND TRIAL DATES AND ORDER**<br><br>Pretrial Conference:  August 30, 2021<br>Trial Date:         October 26, 2021 |

1    Plaintiff Securities and Exchange Commission and Defendants Keith Springer and

2  Springer Investment Management, Inc. dba Springer Financial Advisors (collectively, the

3  "Parties"), by and through their respective counsel of record, hereby agree and stipulate as

4  follows:

5    WHEREAS, on March 26, 2020, the Parties submitted a Joint Status Report setting forth

6  a proposed schedule pursuant to Rule 16 of the Federal Rules of Civil Procedure.  *See* Joint

7  Status Report (Dkt. No. 11);

8    WHEREAS, on April 9, 2020, the Court entered a pretrial scheduling order (the "Status

9  Order") (ECF 12)), , which set, among other dates, March 21, 2021 as the last day to disclose

10  experts and produce expert reports, May 14, 2021 as the cut-off date for non-expert discovery,

11  and June 28, 2021 as the last day to file all motions.  *See* Order (Dkt. No. 12);

12    WHEREAS, in the Status Order, the Court also set August 30, 2021 as the date for the

13  final pretrial conference and October 26, 2021 as the first day of a seven to ten day jury trial.

14  *See* Order (Dkt. No. 12);

15    WHEREAS, the Parties have currently been focusing their efforts on settlement and

16  made substantial progress toward resolution;

17    WHEREAS, the Parties believe it is in their best interests, and in the interest of efficiency

18  and judicial economy, to permit sufficient time for the settlement discussions without

19  simultaneously engaging in discovery and trial preparation; and potentially unnecessarily

20  utilizing judicial resources;

21    WHEREAS, the Parties agree that good cause exists to continue the pretrial dates and the

22  trial date in this matter by approximately three months to provide additional time to continue

23  settlement discussions;

24    WHEREAS, pursuant to the Court's Standard Order, the Courtroom Deputy provided  a

25  date of November 22, 2021 for the pretrial conference and a date of January 25, 2022 for the

26  trial;

27    WHEREAS, there have been no prior requests to continue the pretrial dates or trial dates

28  in this action;

STIP TO CONTINUE PRETRIAL AND TRIAL DATES;           1
ORDER
SEC V. KEITH SPRINGER, ET AL.

WHEREAS, the Parties agree that good cause exists to continue the pretrial and trial dates as follows:

| Event | Current Date | Proposed New Date |
|---|---|---|
| Expert Disclosure | March 19, 2021 | June 18, 2021 |
| Expert Rebuttal Reports | April 16, 2021 | July 16, 2021 |
| Discovery Cut-Off | May 14, 2021 | August 13, 2021 |
| Motion Cut-Off | June 28, 2021 | September 27, 2021 |
| Final Pretrial Conference | August 30, 2021 | November 22, 2021 |
| Trial Date | October 26, 2021 | January 25, 2022 |

NOW THEREFORE, the Parties hereby stipulate and agree as follows:

Subject to the Court's approval, the Parties agree to continue the currently scheduled pretrial and trial dates as follows:

| Event | Current Date | Proposed New Date |
|---|---|---|
| Expert Disclosure | March 19, 2021 | June 18, 2021 |
| Expert Rebuttal Reports | April 16, 2021 | July 16, 2021 |
| Discovery Cut-Off | May 14, 2021 | August 13, 2021 |
| Motion Cut-Off | June 28, 2021 | September 27, 2021 |
| Final Pretrial Conference | August 30, 2021 | November 22, 2021 at 1:30 pm |
| Trial Date | October 26, 2021 | January 25, 2022 at 9:00 am |

1 | Dated:  March 4, 2021

2 |
           */s/ Bernard B. Smyth*
3 |
           Bernard B. Smyth
Securities and Exchange Commission
4 |
           44 Montgomery Street, Suite 2800
San Francisco, California  94104
5 |
           Telephone:  (415) 705-2500
Facsimile:  (415) 705-2501
6 |
           Email:  smythb@sec.gov
*Attorney for Plaintiff*
7 |
           *Securities and Exchange Commission*

8 |

9 | Dated:  March 4, 2021

10 |
           */s/ Daniel Nathan*
11 |
           Daniel Nathan (as authorized on March 4, 2021)
12 |
           Orrick, Herrington & Sutcliffe LLP
Columbia Center
13 |
           1152 15th Street, N.W.
Washington, D.C. 20005
14 |
           Telephone:  (202) 339-8400
Facsimile:  (202) 339-8500
15 |
           Email:  dnathan@orrick.com
*Attorney for Defendants*
16 |
           *Keith Springer and Springer*
*Investment Management Inc. dba*
17 |
           *Springer Financial Advisors*

18 |

19 |

20 |
        **ORDER**

21 |       IT IS SO ORDERED.

22 |

23 | Dated:  March 5, 2021

24 |           WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

25 |

26 |

27 |

28 |