ERIN E. SCHNEIDER (Cal. Bar No. 216114)
MONIQUE WINKLER (Cal. Bar No. 213031)
  winklerm@sec.gov
SHEILA O'CALLAGHAN (Cal. Bar No. 131032)
  ocallaghans@sec.gov
BERNARD B. SMYTH (Cal. Bar No. 217741)
  smythb@sec.gov
SALLIE S. KIM (Cal. Bar No. 298658)
  kimsal@sec.gov

Attorneys for Plaintiff
SECURITIES AND EXCHANGE COMMISSION
44 Montgomery Street, Suite 2800
San Francisco, California  94104
Telephone:  (415) 705-2500
Facsimile:   (415) 705-2501

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

**SACRAMENTO DIVISION**

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION, | Case No. 2:19-CV-02559-WBS-EFB |
| Plaintiff, | |
| v. | **SECOND STIPULATION TO CONTINUE PRETRIAL AND TRIAL DATES AND ORDER** |
| KEITH SPRINGER and SPRINGER INVESTMENT MANAGEMENT, INC. DBA SPRINGER FINANCIAL ADVISORS, | |
| Defendants. | Pretrial Conference:  November 22, 2021<br>Trial Date:  January 25, 2022 |

1   Plaintiff Securities and Exchange Commission and Defendants Keith Springer and
2   Springer Investment Management, Inc. dba Springer Financial Advisors (collectively, the
3   "Parties"), by and through their respective counsel of record, hereby agree and stipulate as
4   follows:
5   WHEREAS, on March 26, 2020, the Parties submitted a Joint Status Report setting forth
6   a proposed schedule pursuant to Rule 16 of the Federal Rules of Civil Procedure.  *See* Joint
7   Status Report (Dkt. No. 11);
8   WHEREAS, on April 9, 2020, the Court entered a pretrial scheduling order (the "Status
9   Order") (ECF 12)), which set, among other dates, March 21, 2021 as the last day to disclose
10  experts and produce expert reports, May 14, 2021 as the cut-off date for non-expert discovery,
11  and June 28, 2021 as the last day to file all motions.  *See* Order (Dkt. No. 12);
12  WHEREAS, in the Status Order, the Court also set August 30, 2021 as the date for the
13  final pretrial conference and October 26, 2021 as the first day of a seven to ten day jury trial.
14  *See* Order (Dkt. No. 12);
15  WHEREAS, on March 4. 2021, the parties filed a stipulation requesting that the pretrial
16  and trial dates be continued for approximately three months while the parties engaged in
17  settlement discussions (Dkt. No. 16);
18  WHEREAS, on March 5, 2021, the Court granted the parties' request and issued an order
19  which set, among other dates, June 18, 2021 as the last day to disclose experts and produce
20  expert reports, August 13, 2021 as the cut-off date for non-expert discovery, September 27, 2021
21  as the last day to file all motions, November 22, 2021 as the date for the pretrial conference and
22  January 25, 2022 as the first day of trial.  *See* Order (Dkt. No. 17);
23  WHEREAS, while the Parties had been focusing their efforts on settlement and
24  settlement discussions continue, the parties anticipate there may be a need for additional
25  discovery;
26  WHEREAS, the Parties agree that good cause exists to continue the pretrial dates and the
27  trial date in this matter by another six months to provide additional time to continue settlement
28  discussions and conduct discovery;

WHEREAS, pursuant to the Court's Standard Order, the Courtroom Deputy provided a date of for the pretrial conference and a date of for the trial;

WHEREAS, there has only been one prior request to continue the pretrial dates or trial dates in this action;

WHEREAS, the Parties agree that good cause exists to continue the pretrial and trial dates as follows:

| Event | Current Date | Proposed New Date |
|---|---|---|
| Expert Disclosure | June 18, 2021 | December 17, 2021 |
| Expert Rebuttal Reports | July 16, 2021 | January 24, 2022 |
| Discovery Cut-Off | August 13, 2021 | February 18, 2022 |
| Motion Cut-Off | September 27, 2021 | March 28, 2022 |
| Final Pretrial Conference | November 22, 2021 | May 23, 2022 |
| Trial Date | January 25, 2022 | July 26, 2022 |

NOW THEREFORE, the Parties hereby stipulate and agree as follows:

Subject to the Court's approval, the Parties agree to continue the currently scheduled pretrial and trial dates as follows:

| Event | Current Date | Proposed New Date |
|---|---|---|
| Expert Disclosure | June 18, 2021 | December 17, 2021 |
| Expert Rebuttal Reports | July 16, 2021 | January 24, 2022 |
| Discovery Cut-Off | August 13, 2021 | February 18, 2022 |
| Motion Cut-Off | September 27, 2021 | March 28, 2022 |
| Final Pretrial Conference | November 22, 2021 | May 23, 2022 at 1:30 pm |
| Trial Date | January 25, 2022 | July 26, 2022 at 9:00 am |

SECOND STIP TO CONTINUE PRETRIAL AND TRIAL DATES; [PROPOSED] ORDER
SEC V. KEITH SPRINGER, ET AL.

2

1  Dated:  June 8, 2021

2
      /s/ Bernard B. Smyth
3  Bernard B. Smyth
   Securities and Exchange Commission
4  44 Montgomery Street, Suite 2800
   San Francisco, California  94104
5  Telephone:  (415) 705-2500
   Facsimile:  (415) 705-2501
6  Email:  smythb@sec.gov
   *Attorney for Plaintiff*
7  *Securities and Exchange Commission*

8
   Dated:  June 8, 2021
9

10      /s/ Daniel Nathan
    Daniel Nathan (as authorized on June 8,
11  2021)
    Orrick, Herrington & Sutcliffe LLP
12  Columbia Center
    1152 15th Street, N.W.
13  Washington, D.C. 20005
    Telephone:  (202) 339-8400
14  Facsimile:  (202) 339-8500
    Email:  dnathan@orrick.com
15  *Attorney for Defendants*
    *Keith Springer and Springer*
16  *Investment Management Inc. dba*
    *Springer Financial Advisors*

17

18

19

20

21

22
                              **ORDER**
23
       IT IS SO ORDERED.
24                                   _____
   Dated:  June 10, 2021
25                                   WILLIAM B. SHUBB
                                     UNITED STATES DISTRICT JUDGE
26

27

28