ERIN E. SCHNEIDER (Cal. Bar No. 216114)
MONIQUE WINKLER (Cal. Bar No. 213031)
 winklerm@sec.gov
SHEILA O'CALLAGHAN (Cal. Bar No. 131032)
 ocallaghans@sec.gov
BERNARD B. SMYTH (Cal. Bar No. 217741)
 smythb@sec.gov
SALLIE S. KIM (Cal. Bar No. 298658)
 kimsal@sec.gov

Attorneys for Plaintiff
SECURITIES AND EXCHANGE COMMISSION
44 Montgomery Street, Suite 2800
San Francisco, California  94104
Telephone:  (415) 705-2500
Facsimile:   (415) 705-2501

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

### SACRAMENTO DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>KEITH SPRINGER and<br>SPRINGER INVESTMENT MANAGEMENT,<br>INC. DBA SPRINGER FINANCIAL ADVISORS,<br><br>Defendants. | Case No. 2:19-CV-02559-WBS-EFB<br><br>**STIPULATION VACATING PRE-TRIAL AND TRIAL DATES; ORDER**<br><br>Pretrial Conference:  May 23, 2022<br>Trial Date:  July 26, 2022 |

1       Plaintiff Securities and Exchange Commission ("SEC" or "Commission") and
2  Defendants Keith Springer and Springer Investment Management, Inc. dba Springer Financial
3  Advisors (collectively, the "Parties"), by and through their respective counsel of record, hereby
4  agree and stipulate as follows:
5       WHEREAS, Defendants Keith Springer and Springer Investment Management, Inc. dba
6  Springer Financial Advisors ("Defendants") have offered settlement terms to the SEC that
7  counsel for the SEC are willing to recommend to the Commission, and which if accepted by the
8  Commission and entered by the Court would resolve this matter;
9       WHEREAS, the Commission, as a public agency, follows a process for consideration of
10 such offers that the Commission's counsel estimates will require approximately six to eight
11 weeks;
12      WHEREAS, discovery is scheduled to close on February 18, 2022; a final pretrial
13 conference is scheduled for May 23, 2022 and trial is set to begin on July 26, 2022 (*see* June 11,
14 2021 Order on Second Stipulation to Continue Pretrial Dates (ECF No. 19)); in addition, the
15 parties are required to meet numerous pretrial deadlines;
16      WHEREAS, should the Commission reject Defendants' offers of settlement and the
17 Parties are unable to resolve the matter at that time, the Parties will move the Court to reopen
18 discovery, set a new closing date for discovery, and set new pre-trial and trial dates that take into
19 consideration the time that elapsed while the Parties attempted settlement;
20      WHEREAS, the Parties believe it is in their best interests, and in the interests of
21 efficiency and judicial economy, to permit sufficient time for the Commission to consider
22 Defendants' offers without the Parties simultaneously engaging in further discovery and trial
23 preparation, and potentially unnecessarily utilizing judicial resources;
24      NOW, THEREFORE, the Parties hereby stipulate and request the Court to vacate all
25 pending deadlines and dates set forth in the Court's June 11, 2021 Order on Second Stipulation
26 //
27 //
28 //

STIP VACATING PRETRIAL AND TRIAL DATES;  1
ORDER
SEC V. KEITH SPRINGER, ET AL.

to Continue Pretrial Dates (ECF No. 19), including the current trial date and current pre-trial conference date; and to set a status conference for a date in or around June 2022.

Dated:  February 16, 2022

/s/ Bernard B. Smyth
Bernard B. Smyth
Securities and Exchange Commission
44 Montgomery Street, Suite 2800
San Francisco, California  94104
Telephone:  (415) 705-2500
Email:  smythb@sec.gov
*Attorney for Plaintiff*
*Securities and Exchange Commission*

Dated:  February 16, 2022

/s/ Daniel Nathan
Daniel Nathan (as authorized on February 16, 2022)
Orrick, Herrington & Sutcliffe LLP
Columbia Center
1152 15th Street, N.W.
Washington, D.C. 20005
Telephone:  (202) 339-8400
Email:  dnathan@orrick.com
*Attorney for Defendants*
*Keith Springer and Springer Investment Management Inc. dba Springer Financial Advisors*

## ORDER

The Court ORDERS that, pending further order of this Court, the Final Pretrial Conference date of May 23, 2022, the Trial of July 26, 2022, and all other deadlines set forth in the Court's June 11, 2021 Order on Second Stipulation to Continue Pretrial Dates (ECF No. 19) are VACATED; and a Status Conference re Settlement is set for **June 21, 2022 at 1:30 p.m.**  A joint status report shall be filed no later than **June 7, 2022**.

IT IS SO ORDERED.

Dated:  February 16, 2022

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE