MONIQUE WINKLER (Cal. Bar No. 213031)
  winklerm@sec.gov
SHEILA O'CALLAGHAN (Cal. Bar No. 131032)
  ocallaghans@sec.gov
BERNARD B. SMYTH (Cal. Bar No. 217741)
  smythb@sec.gov
SALLIE S. KIM (Cal. Bar No. 298658)
  kimsal@sec.gov

Attorneys for Plaintiff
SECURITIES AND EXCHANGE COMMISSION
44 Montgomery Street, Suite 2800
San Francisco, California  94104
Telephone:  (415) 705-2500
Facsimile:  (415) 705-2501

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

**SACRAMENTO DIVISION**

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION, | Case No. 2:19-CV-02559-WBS-EFB |
| Plaintiff, | |
| v. | **STIPULATION TO CONTINUE STATUS CONFERENCE RE SETTLEMENT AND JOINT STATUS REPORT** |
| KEITH SPRINGER and SPRINGER INVESTMENT MANAGEMENT, INC. DBA SPRINGER FINANCIAL ADVISORS, | |
| Defendants. | Joint Report Due:   June 7, 2022<br>Status Conference:  June 21, 2022 |

1     Plaintiff Securities and Exchange Commission ("SEC" or "Commission") and Defendants Keith Springer and Springer Investment Management, Inc. dba Springer Financial Advisors ("Defendants") (collectively, the "Parties"), by and through their respective counsel of record, hereby agree and stipulate as follows:

    WHEREAS, Defendants have made a written settlement offer to the SEC that counsel for the SEC are willing to recommend the Commission accept;

    WHEREAS, Defendants' written settlement offer, if accepted by the Commission and entered by the Court, would resolve this matter;

    WHEREAS, counsel for the Commission has submitted the written settlement offer and the process for consideration of the offer by the Commission will require approximately an additional thirty days;

    WHEREAS, on February 16, 2022, the Court granted the Parties' request to vacate pre-trial and trial dates and issued an order which set a Status Conference re Settlement on June 21, 2022 at 1:30 p.m. and a deadline of June 7, 2022 for the Parties to file a joint status report. (Dkt. No. 21)

    NOW, THEREFORE, the Parties hereby stipulate and request the Court to continue the Status Conference re Settlement to July 26, 2022 and set a deadline of July 12, 2022 for the Parties to file a joint status report.

Dated: June 2, 2022

                                    */s/ Sheila E. O'Callaghan*
                                    Sheila E. O'Callaghan
                                    Securities and Exchange Commission
                                    44 Montgomery Street, Suite 2800
                                    San Francisco, California 94104
                                    Telephone: (415) 705-2500
                                    Email: ocallaghans@sec.gov
                                    *Attorney for Plaintiff*
                                    *Securities and Exchange Commission*

Dated: June 2, 2022

*/s/ Daniel Nathan*
Daniel Nathan (as authorized on June 2, 2022)
Orrick, Herrington & Sutcliffe LLP
Columbia Center
1152 15th Street, N.W.
Washington, D.C. 20005
Telephone: (202) 339-8400
Email: dnathan@orrick.com
*Attorney for Defendants*
*Keith Springer and Springer Investment Management Inc. dba Springer Financial Advisors*

**O R D E R**

The Status Conference re Settlement in this matter shall be **CONTINUED** from June 21, 2022 to **August 1, 2022, at 1:30 PM**. A Joint Status Report shall be filed no later than **July 18, 2022**.

IT IS SO ORDERED.

Dated: June 3, 2022

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE