1  MONIQUE WINKLER (Cal. Bar No. 213031)
     winklerm@sec.gov
2  SHEILA O'CALLAGHAN (Cal. Bar No. 131032)
     ocallaghans@sec.gov
3  BERNARD B. SMYTH (Cal. Bar No. 217741)
     smythb@sec.gov
4  SALLIE S. KIM (Cal. Bar No. 298658)
     kimsal@sec.gov

Attorneys for Plaintiff
SECURITIES AND EXCHANGE COMMISSION
44 Montgomery Street, Suite 2800
San Francisco, California  94104
Telephone:  (415) 705-2500
Facsimile:   (415) 705-2501

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

**SACRAMENTO DIVISION**

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION, | Case No. 2:19-CV-02559-WBS-EFB |
| Plaintiff, | |
| v. | **STIPULATION TO CONTINUE STATUS CONFERENCE RE SETTLEMENT AND JOINT STATUS REPORT** |
| KEITH SPRINGER and SPRINGER INVESTMENT MANAGEMENT, INC. DBA SPRINGER FINANCIAL ADVISORS, | |
| Defendants. | Joint Report Due:    July 18, 2022<br>Status Conference:   August 1, 2022 |

1  Plaintiff Securities and Exchange Commission ("SEC" or "Commission") and
2  Defendants Keith Springer and Springer Investment Management, Inc. dba Springer Financial
3  Advisors ("Defendants") (collectively, the "Parties"), by and through their respective counsel of
4  record, hereby agree and stipulate as follows:

5  WHEREAS, Defendants made a written settlement offer to the SEC that was subject to
6  additional negotiation;

7  WHEREAS, Defendants submitted a revised written settlement offer that counsel for the
8  SEC is willing to recommend the Commission accept;

9  WHEREAS, Defendants' written settlement offer, if accepted by the Commission and
10 entered by the Court, would resolve this matter;

11 WHEREAS, counsel for the Commission has submitted the written settlement offer and
12 the process for consideration of the offer by the Commission may require approximately an
13 additional sixty days; however, if it is considered sooner the parties will immediately inform the
14 Court;

15 WHEREAS, on June 3, 2022, the Court granted the Parties' request to vacate pre-trial and
16 trial dates and issued an order which set a Status Conference re Settlement on July 18, 2022 at
17 1:30 p.m. and a deadline of July 18, 2022 for the Parties to file a joint status report.  (Dkt. No.
18 23);

19 NOW, THEREFORE, the Parties hereby stipulate and request the Court to continue the
20 Status Conference re Settlement to October 3, 2022 and set a deadline of September 19, 2022 for
21 the Parties to file a joint status report.

22

23 Dated:  July 15, 2022

24
*/s/ Sheila E. O'Callaghan*
Sheila E. O'Callaghan
Securities and Exchange Commission
44 Montgomery Street, Suite 2800
San Francisco, California  94104
Telephone:  (415) 705-2500
Email:  ocallaghans@sec.gov
*Attorney for Plaintiff*
*Securities and Exchange Commission*

Dated: July 15, 2022

                                                          */s/ Daniel Nathan*
                                                          Daniel Nathan (as authorized on July 15, 2022)
Orrick, Herrington & Sutcliffe LLP
Columbia Center
1152 15th Street, N.W.
Washington, D.C. 20005
Telephone: (202) 339-8400
Email: dnathan@orrick.com
*Attorney for Defendants*
*Keith Springer and Springer Investment Management Inc. dba Springer Financial Advisors*

## **ORDER**

The Status Conference re Settlement in this matter shall be CONTINUED from July 18, 2022 to **October 11, 2022, at 1:30 PM**. A Joint Status Report shall be filed no later than **September 27, 2022**.

IT IS SO ORDERED.

Dated: July 18, 2022

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE